### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY ROECKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-02244-REB-MEH |
| | ) |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TIMOTHY ROECKEL, ("Plaintiff"), through his attorney, Taylor L. Kosla, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, NORTHSTAR LOCATION SERVICES, LLC.

RESPECTFULLY SUBMITTED,

September 8, 2021    By: /s/ Taylor L. Kosla
　　　　　　　　　　　　　　Taylor L. Kosla
　　　　　　　　　　　　　　IL SBN: 6327180
　　　　　　　　　　　　　　Agruss Law Firm, LLC
　　　　　　　　　　　　　　4809 N. Ravenswood Ave.
　　　　　　　　　　　　　　Suite 419
　　　　　　　　　　　　　　Chicago, IL 60640
　　　　　　　　　　　　　　Tel: 312-224-4695
　　　　　　　　　　　　　　Fax: 312-253-4451
　　　　　　　　　　　　　　taylor@agrusslawfirm.com
　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on September 8, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Taylor Kosla
Taylor Kosla